**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 02-7175**

———

FELIX L. FIGUEROA-RESTO,

Petitioner - Appellant,

versus

BOBBY SHEARIN, Warden,

Respondent - Appellee.

———

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-02-612-PJM)

———

Submitted: October 10, 2002        Decided: October 21, 2002

———

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Felix L. Figueroa-Resto, Appellant Pro Se. Allen F. Loucks, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Felix L. Figueroa-Resto appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Figueroa-Resto v. Shearin</u>, No. CA-02-612-PJM (D. Md. filed July 31, 2002; entered Aug. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>